FILED

07 NOV 19 AM 10: 43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2697

| UNITED STATES OF AMERICA | ) Magistrate Docket No. |
| --- | --- |
| Plaintiff | ) |
| v. | ) COMPLAINT FOR |
| | ) VIOLATION OF: |
| | ) TITLE 18 U.S.C. § 1544 |
| Julio Cesar CHAVEZ BARRETO | ) Misuse of Passport |
| AKA: Steve Arreola WILLIAMS | ) |

The undersigned complainant, being duly sworn, states:

On or about November 15, 2007, within the Southern District of California, defendant Julio Cesar CHAVEZ BARRETO did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 500616998, issued to Steve Arreola WILLIAMS, to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not Steve Arreola WILLIAMS, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport.

All in violation of Title 18, United States Code, Section 1544.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This ___19th___ day of ___November___ 2007.

_____ UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for eight years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that Julio Cesar CHAVEZ BARRETO, aka Steve Arreola WILLIAMS used the passport issued for the use of another. This Affidavit is made in support of a complaint against Julio Cesar CHAVEZ BARRETO for violation of Title 18, U.S.C., Section 1544, Misuse of a passport.

3. On 11/15/2007, at approximately 1520 hours, Julio Cesar CHAVEZ BARRETO presented himself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the pedestrian lines of the San Yisdro Port of Entry, to apply for admission into the United States. CHAVEZ BARRETO identified himself with US Passport number 500616998, bearing the name Steve Arreola WILLIAMS, DPOB 02/27/1988, California, USA, and a photograph that did not bear his likeness. The CBP Officer recognized the discrepancy and CHAVEZ BARRETO was referred for secondary inspection.

4. On 11/15/2007, CBP Supervisor conducted a secondary inspection of CHAVEZ BARRETO. During the interview CHAVEZ BARRETO admitted that the US passport was not his and that he obtained it with a promise of remuneration in the amount of $3,500 upon his delivery to Los Angeles. CHAVEZ BARRETO admitted that his true name was Julio Cesar CHAVEZ BARRETO, DPOB 04/26/1988, La Paz, Baja California, Mexico, and that he was a citizen of Mexico, not a US Citizen. CHAVEZ BARRETO also claimed to be a Baja California Police Officer, and that he had resigned in the last few days.

5. On 11/15/2007, CBP conducted records checks and determined that there was a US State Department Lookout dated 11/15/2007 for US Passport number 500616998, indicating that it was lost/stolen.

6. On 11/16/2007, at approximately 1025 hours, the Affiant was notified by CBP at the San Yisdro POE of the case.

7. On 11/16/2007, CBP Border Liaison Office contacted the Ciudad Constitution Police Department and confirmed that Julio Cesar CHAVEZ BARRETO is an active Police Officer. The Affiant is awaiting a copy of a photo from the Police Department to confirm.

8. On 11/16/2007, the Affiant contacted the Lost/Stolen Passport Office at the US Department of State. The Affiant confirmed that US Passport number 500616998 was telephonically reported stolen on 11/15/2007.

9. On 11/16/2007, the Affiant called the home telephone number listed on the application for US Passport number 500616998. The female who answered stated that she was the mother of Steve Arreola WILLIAMS and that his vehicle had been stolen on 11/08/2007 in San Diego, CA and the passport was among the possessions that were in the vehicle.

10. On 11/16/2007, the Affiant reviewed CHAVEZ BARRETO's property that was seized. Among his possessions were check stubs, a laminated copy of a birth certificate indicating birth in Mexico, and a laminated Mexican national identification card all bearing the name Julio Cesar CHAVEZ BARRETO.

11. On 11/16/2007, the Affiant obtained consent for audio and video recording and an oral and written Miranda waiver. CHAVEZ BARRETO admitted to having promised to pay a smuggler $3,500 for a false US passport, upon CHAVEZ BARRETO's safe delivery to Los Angeles. CHAVEZ BARRETO admitted that the smuggler provided him the biographical information to memorize that was on the passport in addition to other information in order to gain entry into the United States. He admitted that his true name was Julio Cesar CHAVEZ BARRETO, DPOB 04/26/1988, La Paz, Baja California, Mexico, and that he was a citizen of Mexico and not a US Citizen. CHAVEZ BARRETO also made a sworn written statement to the same.

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offence on 11/15/2007 - in violation of Title18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Steve Arreola WILLIAMS, knowing that it was not issued or designed for his use, in order to gain admission into the United States.

*[Signature]*
U.S Magistrate Judge

November 17, 2007 @ 10:38 a.m

*[Signature]* 11/17/07
Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service